THE ENGINEER COMPANY, Respondent, *v.* THE GUTTA PERCHA AND RUBBER MANUFACTURING COMPANY, Appellant.

*Engineer Co.* v. *Gutta Percha & Rubber Mfg. Co.,* 118 App. Div. 903, affirmed.

(Argued March 9, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Charles D. Ridgway* for appellant.

*John W. Monk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JOHN BOGART, Respondent, *v.* THE NEW YORK AND LONG ISLAND RAILROAD COMPANY, Appellant.

*Bogart* v. *New York & Long Island R. R. Co.,* 118 App. Div. 50, affirmed.

(Argued March 9, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for services alleged to have been rendered.

*Edward E. Sprague, George L. Kobbé* and *George W. Wickersham* for appellant.

*George M. Pinney, Jr.,* and *Aaron C. Thayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.